```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   CASE NO. 2:09-CR-153 WBS
                                )
11               Plaintiff,     )
                                )
12       v.                     )   UNITED STATES' SENTENCING
                                )   MEMORANDUM
13  BALLTAZAR VALLADARES,       )
                                )
14               Defendant.     )   DATE: Sept. 8, 2009
                                )   TIME: 8:30 a.m.
15  _____)   COURT: Hon. William B. Shubb
```

16    The United States submits this brief Sentencing Memorandum
17 to request that the Court sentence the Defendant to 37 months
18 imprisonment.  37 months is the bottom of the applicable
19 Guidelines range and four months lower than the United States
20 could request under the Plea Agreement.  Plea Agr. ¶ VI.B.

21    The Defendant's criminal history indicates that he is
22 impulsive and lacks self-control.  PSR ¶¶ 30-37.  This episode is
23 only the latest one in which the Defendant has gotten drunk, used
24 drugs, or hurt or endangered another person.  Id.  In this
25 instance, he got drunk and used a high-powered laser to
26 continuously track a police helicopter that was flying over a
27 residential neighborhood.  PSR ¶¶ 8-9, 14.  There is some
28 evidence, albeit not evidence accepted as proof beyond a

1

1  reasonable doubt, that the Defendant did the same thing to a
2  commercial airliner as it was on approach to Sacramento
3  International Airport.  PSR ¶ 6.
4      This is a case in which the pedagogical function of
5  sentencing is most important.  It is a serious offense to shine a
6  blinding light at an aircraft in flight.  18 U.S.C. § 3553(a)(1),
7  (2)(A).  The Court's sentence should be strict enough to
8  communicate that message, both to this Defendant and to the
9  public at large.  18 U.S.C. § 3553(a)(2)(A),(B).  In addition,
10 the history and characteristics of this Defendant indicate that
11 serious punishment is necessary to deter him from future acts of
12 reckless, drunken stupidity.  18 U.S.C. § 3553(a)(1), (2)(B),(C).
13 This case is certainly not one in which a below-Guidelines
14 sentence would adequately serve the interests of deterrence and
15 respect for law.
16     For the foregoing reasons, the United States requests that
17 the Court impose the 37-month sentence recommended by the
18 Probation Officer.
19
20                                Respectfully Submitted,
                                   LAWRENCE G. BROWN
21                                 United States Attorney
22
23 DATED:  September 2, 2009   By: /s/ Matt Segal
                                   MATTHEW D. SEGAL
24                                 Assistant U.S. Attorney
25
26
27
28